

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS, | § | No. 08-24-00125-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| LORENZO JUAREZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022DCV1835) |

## <u>MEMORANDUM OPINION</u>

Before this Court is the parties' joint motion to dismiss the appeal, which we construe as Appellant's motion to voluntarily dismiss the appeal. *Compare* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.) *with* Tex. R. App. P. 42.1(a)(2) (allowing appellate courts to dismiss an appeal by agreement when the parties or their attorneys file a signed agreement with the court).

The motion states that Appellant desires to dismiss the appeal with prejudice. Therefore, the motion to dismiss is granted, and this appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against the party incurring the same as stated in the joint motion. *See* Tex. R. App. P. 42.1(d).


GINA M. PALAFOX, Justice

June 28, 2024

Before Alley, C.J., Palafox and Soto, JJ.